# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| James Bressor,      ) | **JUDGMENT IN A CIVIL CASE** |
|                     ) | |
|     Plaintiff,      ) | CV 11-0959-PHX-HRH |
|                     ) | |
|   v.                ) | |
|                     ) | |
| United Healthcare Insurance Company, et ) | |
| al,                 ) | |
|                     ) | |
|     Defendants.     | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 23, 2012, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

BRIAN D. KARTH  
District Court Executive/Clerk  

 s/ D. Taylor  
By: Deputy Clerk

April 23, 2012

cc: (all counsel)